# STATE OF LOUISIANA
## COURT OF APPEAL, THIRD CIRCUIT

### 10-3 consolidated with 10-594

RALPH WARE

VERSUS

GEMINI INSURANCE COMPANY, ET AL.

**********

ON APPLICATION FOR SUPERVISORY WRIT TO THE
TENTH JUDICIAL DISTRICT COURT
PARISH OF NATCHITOCHES, NO. 81810-B
HONORABLE DEE A. HAWTHORNE, DISTRICT JUDGE

**********

ULYSSES GENE THIBODEAUX
CHIEF JUDGE

**********

Court composed of Ulysses Gene Thibodeaux, Chief Judge, Sylvia R. Cooks, and Elizabeth A. Pickett, Judges.

**Pickett, J., dissents and would grant the writ for the reasons assigned in her dissent in the consolidated appeal**.

WRIT DENIED.

Joseph Payne Williams
Williams Family Law Firm, LLC
P. O. Box 15
Natchitoches, LA 71458-0015
Telephone: (318) 352-6695
COUNSEL FOR:
    Plaintiff/Respondent - Ralph Ware

James Alex Mijalis
Lunn, Irion, Salley, Carlisle & Gardner
P. O. Box 1534
Shreveport, LA 71165-1534
Telephone: (318) 222-0665
COUNSEL FOR:
    Defendant/Applicant - Gemini Insurance Company

**THIBODEAUX, Chief Judge.**

For the reasons discussed in the consolidated case of *Ware v. Gemini Insurance Co.*, 10-594 (La.App. 3 Cir. __/__/__), __So.3d__, the Gemini Insurance Company's writ application requesting a summary judgment is denied. Costs are assessed to Gemini Insurance Company.

**WRIT DENIED**.

**STATE OF LOUISIANA**
**COURT OF APPEAL, THIRD CIRCUIT**

**10-594 consolidated with 10-3**

**RALPH WARE**

**VERSUS**

**GEMINI INSURANCE COMPANY**

**PICKETT, J., dissents and assigns written reasons.**

I would find that Mr. Ware's employer executed a valid UM coverage form which selected the lower coverage limit of $50,000.00. I do not find that the evidence submitted rebuts the presumption that the lower coverage limits were knowingly and voluntarily selected. I would reverse the trial court's grant of summary judgment in favor of Mr. Ware and the denial of the summary judgment motion filed by Gemini. I respectfully dissent.